UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERMAINE BLAIR,<br><br>        Plaintiff,<br><br>   v.<br><br>VISS, et al.,<br><br>        Defendants. | No. 2:22-cv-0670 DB P<br><br><br>ORDER |

      Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims defendants used excessive force, failed to protect him, and retaliated against him in violation of his constitutional rights. Presently before the court is defendants' motion for an extension of time to opt out of the Post-Screening ADR (Alternative Dispute Resolution) Project. (ECF No. 15.)

      This case was referred to the project and stayed for 120 days by order filed on October 3, 2022. (ECF No. 13.) Pursuant to the court's order the stay in this action is up on January 31, 2022. The order further provided that any motion to opt out of the ADR project must be filed within sixty days. (Id.) Defendants seek a thirty-day extension of time to file a motion to opt out. (ECF No. 15.)

      In their motion, counsel for defendants state that they have nearly fully investigated plaintiff's allegations, discussed the matter with their supervisor, but has not yet been able to

review all of the relevant medical records or discuss the case with plaintiff and all defendants. (Id. at 1-2.)  Good cause appearing the court will grant the motion for an extension of time.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion for an extension of time (ECF No. 15) is granted;

2. Defendants shall file any motion to opt out within thirty days of the date of this order; and

3. The stay in this action is extended to Thursday March 2, 2023.

Dated: December 5, 2022

/s/DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Civil Rights/S/blai0670.eot.adr