1
2
3
4
5
6
7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JERMAINE BLAIR,                            No.  2:22-cv-0670 KJM DB P

12                  Plaintiff,

13         v.                                    ORDER

14    VISS, et al.,

15                  Defendants.

16

17         Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42

18    U.S.C. § 1983.  Plaintiff claims defendants used excessive force, failed to protect him, and

19    retaliated against him in violation of his constitutional rights.

20         On March 29, 2023, defendants filed a motion for summary judgment.  (ECF No. 24.)

21    Plaintiff has not filed an opposition.  Local Rule 230(l) provides in part: "Failure of the

22    responding party to file written opposition or to file a statement of no opposition may be deemed

23    a waiver of any opposition to the granting of the motion . . . ."  On February 22, 2023, plaintiff

24    was advised of the requirement for filing an opposition to the motion and that failure to oppose

25    such a motion may be deemed a waiver of opposition to the motion.  (ECF No. 23 at 6.)

26         Local rule 110 provides that failure to comply with the Local Rules "may be grounds for

27    imposition of any and all sanctions authorized by statute or Rule or within the inherent power of

28    ////

                                               1

1   the Court."  In the order filed February 22, 2023, plaintiff was advised that failure to comply with

2   the Local Rules may result in a recommendation that the action be dismissed.  (ECF No. 23 at 8.)

3           Good cause appearing, IT IS HEREBY ORDERED that, within thirty days of the date of

4   this order, plaintiff shall file an opposition, if any, to the motion for summary judgment.  Failure

5   to file an opposition will be deemed as a statement of non-opposition and shall result in a

6   recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

7   Dated:  June 2, 2023

8

9   _____

10  DEBORAH BARNES
    UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16  DB:12
    DB/DB Prisoner Inbox/Civil Rights/R/blai0670.osc.msj

17

18

19

20

21

22

23

24

25

26

27

28